PHILLIP A. TALBERT
United States Attorney
ALEXANDRE M. DEMPSEY
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
May 04, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE LUIS RIVERA,<br><br>　　　　　Defendant. | CASE NO. **1:23-cr-00092-JLT-SKO**<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 4, 2023, charging the above defendant with a violation of 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud (1 count); 18 U.S.C. §§ 1343 and 1349 – Wire Fraud and Attempted Wire Fraud (1 count); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary

/ / /

Motion to Seal Indictment　　　　　　　　　　　　　1

for the issuance and execution of the warrant.

DATED: May 4, 2023                          Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                  United States Attorney

                                     By     /s/ Alexandre M. Dempsey
                                            ALEXANDRE M. DEMPSEY
                                            JOSEPH D. BARTON
                                            Assistant U.S. Attorneys

IT IS SO ORDERED.

Dated:  May 4, 2022                         _____
                                            ERICA P. GROSJEAN
                                            U.S. Magistrate Judge