PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00092-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| JORGE LUIS RIVERA, | |
| Defendant. | |

The government moves the Court to unseal the Indictment and all other filings in this case. On May 23, 2023, the defendant was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: May 23, 2023

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LUIS RIVERA,<br><br>Defendant. | CASE NO. 1:23-CR-00092-JLT-SKO<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: May 23, 2023

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE