NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 "R" STREET
FRESNO, CALIFORNIA 93721
PHONE: (559) 486-4500
FACSIMILE:(559) 486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
JORGE RIVERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1: 23-CR-00092-JLT-SKO |
| Plaintiff, | STIPULATION RE: EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT: ORDER |
| V. | |
| JORGE RIVERA, | DATE: JUNE 21, 2023 |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for status conference for 6-21-2023.

2. By this stipulation Defendant now moves to continue the status conference to September 20, 2023, and to exclude time between June 21, 2023 and September 20, 2023, under 18 U.S.C. Section 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request the Court find the following:

   a) The Government has represented that the discovery associated with this case is voluminous and involves allegations of fraud over an extended period of

time. Some discovery has been produced to date and the discovery process is continuing.

b) Counsel for defendant requires additional time to consult with his client, conduct further investigation and review the voluminous discovery in preparation for trial.

c) Counsel for defendant represents that failure to grant the above requested continuance would deny him reasonable time necessary for effective preparation and representation.

d) The Government does not object to the requested continuance.

e) Based on the above reasons the ends of justice served by continuing the case status conference as requested outweigh the interest of the public and the defendant.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of June 21, 2023 through September 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant to a speedy trial.

g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period withing which a trial must commence.

IT IS SO STIPULATED.

DATED: June 19, 2023,                    PHILLIP A. TALBERT,
                                         United States Attorney

                                         /s/ Henry Carbajal
                                         HENRY CARBAJAL
                                         Assistant United States Attorney


Dated: June 19, 2023                     /s/ Nicholas Reyes
                                         NICHOLAS REYES
                                         Counsel for Defendant
                                         Jorge Rivera


## ORDER

IT IS SO ORDERED.

DATED: 6/20/2023                         _____
                                         THE HONORABLE SHEILA K. OBERTO
                                         U.S. DISTRICT COURT MAGISTRATE