PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LUIS RIVERA,<br><br>Defendant. | CASE NO. 1:23-CR-00092-JLT-SKO<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE.<br><br>DATE: February 21, 2024<br>TIME:   1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on December 6, 2023, at 1:00 p.m. before Magistrate Judge Oberto.

2. By this stipulation, the parties now move to continue the status conference as to defendant Rivera to **February 21, 2024, at 1:00 pm.**, and to exclude time between the date of this stipulation and February 21, 2024, under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case,

1

including investigative reports and related documents, has been either produced directly to counsel and/or made available for inspection and copying.

      b.      Counsel for defendant has requested additional time for case preparation and investigation, including review of voluminous discovery. Given the volume of discovery and defense counsel's current schedule, defense requests that the status conference be continued for approximately 60 days.

      c.      By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including December 6, 2023 for *inter alia* further investigation and preparation. The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including February 21, 2024, to allow the defendant to continue to consult with counsel, to further review discovery, conduct further investigation, and fully prepare prior to the next status conference.

      d.      Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e.      The government does not object to, and agrees to, the continuance/time exclusion.

      f.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to February 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 27, 2023

/s/Nicholas F. Reyes
NICHOLAS F. REYES
Counsel for Defendant
JORGE LUIS RIVERA

DATED: November 27, 2023

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

### O R D E R

The parties' request to continue the status conference to February 21, 2024, is GRANTED. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to February 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 27, 2023**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28