1  PHILLIP A. TALBERT
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7                       IN THE UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | CASE NO. 1:23-CR-00092-JLT-SKO
11 |                    Plaintiff,    | STIPULATION AND ORDER
   |                                  | TO CONTINUE STATUS
12 | v.                               | CONFERENCE;
13 | JORGE LUIS RIVERA,               | DATE: May 15, 2024
   |                                  | TIME: 1:00 p.m.
14 |                    Defendant.    | JUDGE: Hon. Sheila K. Oberto

15

16                                **STIPULATION**

17     The United States of America, by and through its counsel of record, and defendant, by and

18 through his counsel of record, hereby stipulate as follows:

19     1.     By previous order, this matter was set for status conference on February 21, 2024, at

20 1:00 p.m. before Magistrate Judge Oberto.

21     2.     By this stipulation, the parties now move to continue the status conference as to

22

23 defendant Rivera to **May 15, 2024, at 1:00 pm.**, and to exclude time between the date of this

24 stipulation and May 15, 2024, under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and

25 3161(h)(7)(B)(i) and (iv).

26     3.     The parties agree and stipulate, and request that the Court find the following:

27     a.     The government has represented that the discovery associated with this case,

28

                                            1

including investigative reports and related documents, has been either produced directly to counsel and/or made available for inspection and copying.

      b.      Counsel for defendant has requested additional time for case preparation and investigation, including review of voluminous discovery.  Despite defense counsel's diligence in reviewing discovery and conducting defense investigation, given the volume of discovery and defense counsel's current schedule, defense requests that the status conference be continued for an additional 90 days.

      c.      By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including February 21, 2024, for *inter alia* further investigation and preparation.  The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including May 15, 2024, to allow the defendant to continue to consult with counsel, to further review discovery, conduct further investigation, and fully prepare prior to the next status conference.

      d.      Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e.      The government does not object to, and agrees to, the continuance/time exclusion.

      f.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's

request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 14, 2024

/s/Nicholas F. Reyes
NICHOLAS F. REYES
Counsel for Defendant
JORGE LUIS RIVERA

DATED: February 14, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Status conference is set for May 15, 2024, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 2/15/2024

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3