PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00092-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE |
| v. | |
| JORGE LUIS RIVERA, | DATE: August 7, 2024<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 7, 2024, at 1:00 p.m. before Magistrate Judge Oberto.

2. By this stipulation, the parties now move to vacate the status conference as to defendant Rivera and set the matter for trial on **March 4, 2025, at 8:30 a.m.**, and to exclude time between the date of this stipulation and March 4, 2025, under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the voluminous discovery associated with this

1

case, including investigative reports and related documents, has been either produced directly to counsel and/or made available for inspection and copying.

    b.    Counsel for defendant needs additional time for case preparation and investigation and trial preparation.  Given the volume of discovery, defense counsel's current schedule, and the defense's need to receive, investigate, and consider the government's forthcoming plea offer, the parties request a trial date on March 4, 2025.

    c.    By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including August 7, 2024 for *inter alia* further investigation and preparation.  The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including March 4, 2025, to allow the defendant to continue to consult with counsel, to receive and consider the government's plea offer, conduct further investigation, and fully prepare prior to the trial date.

    d.    Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e.    The government does not object to, and agrees to, the trial date/time exclusion.

    f.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to March 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    July 31, 2024

        /s/Nicholas F. Reyes
        NICHOLAS F. REYES
        Counsel for Defendant
        JORGE LUIS RIVERA

DATED:    July 31, 2024

        /s/ Henry Z. Carbajal III
        HENRY Z. CARBAJAL III
        Assistant United States Attorney

## O R D E R

Pursuant to the parties' stipulation, the status conference set for August 7, 2024 at 1:00 p.m is vacated, and trial is set for March 4, 2025, at 8:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to March 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **July 31, 2024**                /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE