MICHELE M. BECKWITH
Acting United States Attorney
HENRY Z. CARBAJAL III
CHAN HEE CHU
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE LUIS RIVERA,<br><br>    Defendants. | Case No.  1:23-CR-00092 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE: September 23, 2025<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous Order of the Court, the trial of this case was set for March 4, 2025 at 8:30 a.m., with time excluded under 18 U.S.C. § 3161, et seq., of the Speedy Trial Act.

2. By this stipulation, the defendant now moves to continue the trial until September 23, 2025 at 8:30 a.m., and to exclude time between the date of this stipulation and September

23, 2025 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The government does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant Rivera recently completed a trial in Tehama County Superior Court, and will be starting an attempted murder trial on February 24, 2025. Due to defense counsel's trial schedule, defense requests additional time to prepare for trial in the instant case.

b. Due to other scheduling conflicts of defense counsel, government counsel and the Court, the next earliest convenient trial date for all parties is September 23, 2025.

c. Counsel for the parties agree that the ends of justice served by continuing the trial as set forth above outweigh the best interest of the public and the defendants in a speedy trial, including by providing for continuity of counsel, and reasonable time necessary for effective trial preparation.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to, and stipulates to, the requested continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy

Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to September 23, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

DATED: January 27, 2025         MICHELE M. BECKWITH
                                      Acting United States Attorney

                                    By: /s/Henry Z. Carbajal III
                                        HENRY Z. CARBAJAL III
                                        CHAN HEE CHU
                                        Assistant U.S. Attorneys

DATED: January 27, 2025         By: /s/Nicholas F. Reyes
                                        NICHOLAS F. REYES
                                        Attorney for Defendant
                                        JORGE LUIS RIVERA

*///*
*///*
*///*
*///*
*///*
*///*
*///*

## ORDER

IT IS SO FOUND that the time period of the date of this order to September 23, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 28, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE