ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LUIS RIVERA,<br><br>Defendant. | Case No. 1:23-CR-00092-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE:  September 23, 2025<br>TIME:   8:30 AM<br>COURT: Hon. Jennifer L. Thurston |

        Defendant JORGE LUIS RIVERA ("Defendant") and the United States of America ("United

States") stipulate and request that the currently scheduled Jury Trial on September 23, 2025, at 8:30 a.m.

be vacated and that a change of plea hearing be set for September 29, 2025, at 9:00 a.m.

        Consistent with the above request, the parties have agreed to a plea agreement and have filed

such plea agreement on the case docket.

///

///

///

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The currently scheduled Jury Trial on September 23, 2025, at 8:30 a.m., may be vacated;

2. A change of plea hearing be set for September 29, 2025, at 9:00 a.m.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  August 25, 2025            */s/ Chan Hee Chu*_____
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date:  August 25, 2025

*/s/ Nicholas F. Reyes*
NICHOLAS F. REYES
Attorney for Defendant
JORGE LUIS RIVERA

## **O R D E R**

**IT IS SO ORDERED.**  The currently scheduled Jury Trial on September 23, 2025, at 8:30 a.m., is vacated.  A change of plea hearing is set for September 29, 2025, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **August 29, 2025**

UNITED STATES DISTRICT JUDGE

U.S. v. Rivera
Case No. 1:23-CR-00092-JLT-SKO